United States District Court
Southern District of Texas
**ENTERED**
July 18, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VEST SAFETY MEDICAL SERVICES, LLC, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:20-cv-0812 |
| ARBOR ENVIRONMENTAL, LLC, ET AL., *Defendants.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 17, 2022 (Dkt. 69) and the objections thereto (Dkts. 70, 71), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation recommending that Defendants' Motion for Summary Judgment (Dkt. 60) be granted in part and denied in part is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this _18th_ day of July, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE